## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

NELSON THOMAS,

        Plaintiff,                Case No. 2:07-CV-02285-RLH-VPC

vs.

TOM DONAHUE,

        Defendants.        **ORDER & WRIT OF HABEAS CORPUS**
_____/       **AD TESTIFICANDUM**

        NELSON THOMAS, inmate #C-35553, a necessary and material witness in proceedings in this case on June 24, 2010, is confined in California Medical Facility, P.O. Box 2000, Vacaville, CA 95696-2000, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Valerie P. Cooke, to appear by tele-conferencing at California State Prison on **Wednesday, July 14, 2010** at **2:00 p.m.**

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by tele-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, California Medical Facility, P.O. Box 2000, Vacaville, CA 95696-2000:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: June 24, 2010

                                                          */s/ Valerie P. Cooke*
                                              _____
                                              VALERIE P. COOKE
                                              UNITED STATES MAGISTRATE JUDGE