UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| NELSON THOMAS, ) | CASE NO. 2:07-CV-02285-RLH-VPC |
| ) | |
| Plaintiff(s), ) | MINUTES OF THE COURT |
| ) | |
| vs. ) | DATE: July 22, 2010 |
| ) | |
| TOM DONAHUE, ) | |
| ) | |
| Defendant(s), ) | |
| ) | |

PRESENT:  THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

Deputy Clerk:     Lisa Mann          Court Reporter:    None appearing

Counsel for Plaintiff(s):    None appearing

Counsel for Defendant(s):    None appearing

On July 13, 2010, the Court was notified that Mr. Thomas had been transferred to an outside hospital and was unable to attend the telephonic status conference set for July 14, 2010 (#21); therefore, the telephonic status conference would have to be rescheduled.

On July 22, 2010, the Court was advised that Mr. Thomas was available to reschedule the telephonic status conference.

THEREFORE, IT IS ORDERED that a telephonic status conference is set for **Thursday, July 29, 2010** at **9:30 a.m.**  A representative from the California Medical Facility where Mr. Thomas is housed shall call (775)686-5866 five (5) minutes prior to the conference to connect Mr. Thomas into the courtroom for the telephonic status conference.

LANCE S. WILSON, CLERK

By:         /s/
Lisa Mann, Deputy Clerk