UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NELSON THOMAS, | ) | Case No. 2:07-CV-02285-RLH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| v. | ) | August 24, 2010 |
| | ) | |
| TOM DONAHUE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:   VALERIE P. COOKE  , UNITED STATES MAGISTRATE JUDGE

DEPUTY CLERK:      LISA MANN    RECORDER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

PROCEEDINGS IN CHAMBERS:

Defendant's counsel filed a status report indicating that defendant will be filing a motion for summary judgment (#27). Defendant's motion for summary judgment shall be filed on or before **Tuesday, September 7, 2010**.

**IT IS SO ORDERED**.

VICTORIA C. MINOR, CLERK

BY:      /s/
    Deputy Clerk