IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NELSON LOUIS THOMAS,**<br><br>                              Plaintiff,<br><br>       v.<br><br>**TOM DONAHUE,**<br><br>                              Defendant. | Case No. C 07-2285 RLH VPC<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>[No hearing date under Civil Local Rule 230(l)] |

   Defendant Donahue's motion for summary judgment came on regularly for hearing before the Court. Upon reviewing Defendant's motion, Thomas' opposition, if any, and Defendant's reply, it is ordered:

   Defendant's motion for summary judgment is GRANTED. Thomas cannot satisfy either the objective or subjective components of a deliberate indifference claim. Additionally, Thomas cannot demonstrate that he was injured due to the alleged delay in providing him with a low-protein diet. Moreover, as Defendant acted reasonably, he is entitled to qualified immunity.

   IT IS SO ORDERED.

Dated: September 27, 2010

_____
The Honorable Roger L. Hunt

1

[Proposed] Order Granting Def's. Mot. for Summ. J. (Case No. C 07-2285 RLH VPC)